AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Kevin Cavaness

JUDGMENT IN A CIVIL CASE

              Plaintiff,

  v.

Case Number: 2:25-cv-01233-ART-BNW

Trans Union LLC et al

              Defendants.

___     **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕     **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**
JUDGMENT entered in favor of Plaintiff, Kevin Cavaness, and against Defendants, Oportun/Progreso Fin.

It is further therefore ordered that Plaintiff is awarded $1,000 in statutory damages, $5,250 in attorney's fees, and $805 in reasonable costs.

05/28/2026

Date

DEBRA K. KEMPI

Clerk

/s/ ALZ

Deputy Clerk